UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS ISRAEL PAREDES QUIROZ,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, DAVID WESLING, Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>Respondents. | Civil Action No. 25-13393-MJJ |

## MEMORANDUM OF DECISION AND ORDER

December 2, 2025

JOUN, D.J.

Carlos Israel Paredes Quiroz ("Mr. Paredes Quiroz" or "Petitioner") is a citizen of Peru who entered the United States on or about March 2024. [Doc. No. 1 at ¶¶ 1, 29, 30]. Shortly thereafter, Mr. Paredes Quiroz encountered immigration officials. [*Id*. at ¶¶ 1, 30]. The immigration officials initially detained Mr. Paredes Quiroz, before releasing and paroling him into the country later that same month. [*Id*. at ¶ 30]. On October 21, 2025, Mr. Paredes Quiroz appeared at the Hartford ICE Field Office for an in-person check-in, where ICE told Mr. Paredes Quiroz that his parole was terminated and that they were detaining him. [*Id*. at ¶ 36]. Mr. Paredes Quiroz is currently detained at Plymouth County Correctional Facility. [*Id*. at ¶ 38]. He petitions

the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Paredes Quiroz is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Paredes Quiroz with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Paredes Quiroz on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Paredes Quiroz has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge